```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

TAVON TURNER,

                Plaintiff,

   - against -

GREENERY SPOT LLC,

                Defendant.

24-cv-8086 (JGK)

ORDER

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

   The parties are directed to discuss settlement and provide an update to the Court by **January 27, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:   New York, New York
          October 28, 2024

                                           _____
                                             John G. Koeltl
                                      United States District Judge