**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

January 27, 2025

**VIA ECF**
Hon. John G. Koeltl
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

      Re:   Tavon Turner v. Greenery Spot, LLC
               Case No. 1:24-cv-8086 (JGK)

Dear Judge Koeltl,

      We represent Plaintiff Tavon Turner ("Plaintiff") in the above referenced ADA matter. We write now with the Defendant's consent, and pursuant to the Court's October 28, 2024 Order (Dkt. No. 5) to respectfully inform the Court that the parties have reached a settlement in principle in this action and are in the process of preparing the relevant settlement documentation.

      In light of the anticipated settlement, the parties respectfully request that all currently pending deadlines and conferences in this action, if any, be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

      Respectfully submitted,

      JOSEPH & NORINSBERG, LLC

      Arjeta Albani, Esq.
      *Attorneys For Plaintiff*

110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com

c.c.
Samantha J. Katze
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, New York 10036